UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>RONALD R MOSES<br>KRISTINA M MOSES<br><br><br><br><br>**Debtors** | CASE NO: 15-45795-399<br>Chapter 13<br><br>Re: Objection to Claim 46 filed by<br>    WELLS FARGO BANK NA<br>    Acct: 2596<br>    Amount: $194,109.64<br>    Response Due: August 10, 2017 |

### TRUSTEE'S OBJECTION TO CLAIM 46

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

    COMES NOW Diana S. Daugherty, Standing Chapter 13 Trustee in Bankruptcy, and for her objection to claim states as follows:
    The claim filed by WELLS FARGO BANK NA dated July 19, 2017 for $194,109.64 was filed after the last day for filing claims in this case which was December 01, 2015, and said claim should be denied.
    WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

| | |
|---|---|
| Dated: July 20, 2017 | /s/ Diana S. Daugherty<br>Diana S. Daugherty |
| OBJCLM--SJC | Standing Chapter 13 Trustee<br>P.O. Box 430908<br>St. Louis, MO 63143<br>(314) 781-8100 Fax: (314) 781-8881<br>trust33@ch13stl.com |

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of July 20, 2017.

/s/ Diana S. Daugherty

| | |
|---|---|
| RONALD R MOSES<br>KRISTINA M MOSES<br>1302 HAWKINS CORNERS CT<br>FENTON, MO  63026 | WELLS FARGO BANK NA<br>1661 WORTHINGTON RD #100<br>C/O OCWEN LOAN SVCING LLC<br>WEST PALM BEACH, FL  33409 |
| LAW OFFICES OF SEAN C PAUL<br>8917 GRAVOIS RD<br>ST LOUIS, MO  63123 | WELLS FARGO BANK NA<br>PO BOX 24605<br>C/O OCWEN LOAN SVCING LLC<br>WEST PALM BEACH, FL  33416-4605 |